Prob.12c-MDPA (1/2014)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# PROBATION OFFICE

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Brooke Lynn Bowers       **Docket Number:** 1:20CR00089-001

**Name of Sentencing Judicial Officer:** The Honorable Anthony J. Trenga *(ED/VA)
United States District Judge

**Date of Original Sentence:** July 26, 2019

**Original Offenses:** Count 1: 21 U.S.C. § 841(a)(1), Conspiracy to Distribute Heroin, Class C Felony
Count 2: 21 U.S.C. § 841(a)(1), Distribution of a Controlled Substance, Class C Felony

**Original Sentence:** 9 Months in Prison (each count)
36 Months Supervised Release (each count)
$200 Special Assessment

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** November 22, 2019       **Expected End Date:** November 21, 2022

**Maximum Sentence Upon Revocation:** 2 years imprisonment (each count), Lifetime supervised release (each count)

* On April 9, 2020, The Honorable Sylvia H. Rambo accepted jurisdiction of this case.

---

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number: | Nature of Noncompliance: |
|---|---|
| **Standard Condition #2** | **The defendant shall report to the probation officer and submit a truthful and complete written report within the first five days of each month.** |
| **Standard Condition #6** | **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.** |
|  | On August 22, 2020, the probation officer advised Ms. Bowers to be at home as the probation officer would be conducting a home visit. On August 23, 2020, Ms. Bowers left a voicemail for the probation officer indicating that she was feeling ill and would be going to urgent care. As a result, a home |

Prob.12c-MDPA (1/2014)

|  |  |
|---|---|
|  | visit was not attempted. On August 25, 2020, the probation officer was contacted by family of Ms. Bowers. They indicated that on August 20, 2020, Ms. Bowers dropped off her child for them to babysit and they have not seen her since. On August 27, 2020, the probation officer attempted to contact Ms. Bowers at her last known residence. Her father was home and indicated that he had not seen her since August 20, 2020. Efforts by the probation officer to reach Ms. Bowers by telephone, text message and e-mail have been unsuccessful. At this time, Ms. Bowers whereabouts are unknown, and she has made herself unavailable for supervision. |
| **Standard Condition #5** | **The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.** |
|  | On August 25, 2020, Ms. Bowers' employment at Syncreon was terminated and she failed to notify the probation officer. |
| **Schedule of Payments** | **The special assessment shall be due in full immediately.** |
|  | Ms. Bowers has failed to make any payment toward her $200 special assessment. |

**United States Probation Officer Recommendation:**

☒ The term of supervision should be
    ☒ Revoked
    ☐ extended for ___ months, for a total term of ___ months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

/S/ Daniel M. Karhnak, September 2, 2020
Senior United States Probation Officer

---

## THE COURT ORDERS:

☐ No action
☐ The issuance of a Warrant and that the Warrant and this Petition and Order be sealed until the Warrant can be lodged as a detainer.
☒ The issuance of a Warrant and that the Warrant and this Petition and Order be sealed until the defendant's arrest.
☐ The issuance of a summons
☐ Other

Prob. 12c-MDPA (1/2014)

<u>s/Sylvia H. Rambo</u>
The Honorable Sylvia H. Rambo
United States District Judge


<u>September 3, 2020</u>
Date